LAW OFFICES OF
# JAMES P. NOLAN
## &
# ASSOCIATES
A Limited Liability Company

James P. Nolan, Jr.
Certified Criminal Trial Attorney
Fredrick L. Rubenstein
Eric L. Lange
Admitted in NJ & NY
Sanford Rader
Of Counsel

February 8, 2011

***Via Electronic Filing***
William T. Walsh, Clerk
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

     Re: Erin Walsh v. Township of South Orange, et al.
     Our File No. 102073
     D/A. 02/09/09

Dear Mr. Walsh:

     Please be advised that the firm represents the Plaintiff, Erin Walsh, with respect to the above-captioned matter. Enclosed herewith please find the following:

    1.    Complaint, Jury Demand and Designation of Trial Counsel;

    2.    Civil Cover Sheet; and

    3.    Summons.

     Kindly file the Complaint and provide the undersigned with a "filed" copy of same at your earliest convenience.

     Thank you for your kind attention to this matter.

Very truly yours,

Eric L. Lange

ELL/amy
Enc.

%JS 44 (Rev. 12/07, NJ 5/08)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ERIN WALSH, PLAINTIFF

**(b)** County of Residence of First Listed Plaintiff   MIDDLESEX

**(c)** Attorney's (Firm Name, Address, Telephone Number and Email Address)

Eric L. Lange, Esq. c/o James P. Nolan & Assoc.
61 Green St. Woodbridge, NJ 07095
TEL: (732) 636-3344  FAX: (732) 636-1175
elange@jpnlaw.us

## DEFENDANTS
TWP OF SOUTH ORANGE, TWP OF SOUTH ORANGE
POLICE DEPT., CITY OF ORANGE, CITY OF ORANGE ▣

County of Residence of First Listed Defendant   ESSEX

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                          and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | 26 USC 7609 | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☒ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. 1983
Brief description of cause:
police pursuit violated plaintiff's civil rights

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 1,000,000.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) (See instructions):
JUDGE                          DOCKET NUMBER

Explanation:

2/8/11

DATE

SIGNATURE OF ATTORNEY OF RECORD

JAMES P. NOLAN AND ASSOCIATES, L.L.C.
61 GREEN STREET
WOODBRIDGE, NEW JERSEY 07095
TELEPHONE: (732) 636-3344 FACSIMILE: (732) 636-1175
Attorneys for Plaintiff, Erin Walsh

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ERIN WALSH, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. |
| | : | |
| -v- | : | |
| | : | CIVIL ACTION |
| TOWNSHIP OF SOUTH ORANGE, | : | |
| TOWNSHIP OF SOUTH ORANGE | : | |
| POLICE DEPARTMENT, CITY OF | : | **COMPLAINT, JURY DEMAND AND** |
| ORANGE, CITY OF ORANGE POLICE | : | **DESIGNATION OF TRIAL COUNSEL** |
| DEPARTMENT, and JOHN DOES | : | |
| 1-10 | : | |
| | : | |
| Defendants. | | |

Plaintiff, Erin Walsh, residing at 238 Mawbey Street, Township
of Woodbridge, County of Middlesex and State of New Jersey by way
of Complaint against the Defendants says:

## JURISDICTION

1.   This Court has jurisdiction to decide the claims raised by
Plaintiff by virtue of 28 U.S.C. Sec. 1331 which provides for
original jurisdiction of all civil actions in the district courts
arising under the Constitution, laws, or treaties of the United
States. Plaintiff further invokes the pendent jurisdiction of this
Court to consider claims under State Law, required notice having
been given pursuant to New Jersey Law.

2.    Venue is proper under 28 U.S.C. Sec. 1391(b) in the District of New Jersey.

### FIRST COUNT

1.    Upon information and belief, the Defendant, Township of South Orange, is a Municipal Corporation with its principal place of business located at Village Hall, 101 South Orange Avenue, South Orange, New Jersey 07079.

2.    Upon information and belief, the Defendant, Township of South Orange Police Department, is a Department operated under the jurisdiction of the municipality of the Township of South Orange and within an apportionment of the Township's total operating budget with its principal place of business located at 201 South Orange Avenue, South Orange, New Jersey 07079.

3.    Upon information and belief, the Defendant, City of Orange, is a Municipal Corporation with its principal place of business located at City Hall, 29 N. Day Street, Orange, New Jersey 07050.

4.    Upon information and belief, the Defendant, City of Orange Police Department, is a Department operated under the jurisdiction of the municipality of the City of Orange and within an apportionment of the City's total operating budget with its principal place of business located at 29 Park Street, Orange, New Jersey 07050.

5.    On or about February 09, 2009, Plaintiff's father, James J. Walsh, was a pedestrian at the intersection of South Orange Avenue and Vose Avenue in the Township of South Orange, when he was struck

by a motor vehicle which was operated by Frank Bradley, and owned by Tamiya O. Eure, which vehicle was traveling westbound on South Orange Avenue, Township of South Orange, County of Essex and State of New Jersey.

6.    The motor vehicle which was operated by Frank Bradley, and owned by Tamiya O. Eure, was being pursued by police vehicles owned by the Defendants, Township of South Orange, Township of South Orange Police Department, City of Orange, City of Orange Police Department and John Does 1-10, in such a willful and wanton manner that it caused Frank Bradley's vehicle to strike the Plaintiff, Erin Walsh's, father, James J. Walsh.

7.    At the time and place aforesaid, the actions of the Defendants, Township of South Orange, Township of South Orange Police Department, City of Orange, City of Orange Police Department and John Does 1-10, were so willful and wanton so as to constitute, willful misconduct and a willful wanton disregard of the safety of James J. Walsh, that said collision caused James J. Walsh to sustain severe injuries which eventually resulted in his death.

8.    Plaintiff, Erin Walsh, daughter of James J. Walsh, witnessed the pursuit by the Defendants, Township of South Orange Police Department, City of Orange, City of Orange Police Department and John Does 1-10, that caused Frank Bradley's vehicle to strike the Plaintiff's, father, James J. Walsh.

9.    As a direct and proximate result of the willful misconduct and willful wanton disregard of the safety of James J. Walsh, on the

part of the Defendants, Township of South Orange Police Department, City of Orange, City of Orange Police Department and John Does 1-10, Plaintiff has and continues to suffer severe and substantial psychological and emotional injuries which are permanent in nature and has and continues to incur medical expenses.

11.   In compliance with the New Jersey Tort Claims Act, Plaintiff, Erin Walsh, presented to Defendants a Notice of Claim for Damages.

12.   On or about April 06, 2009, in compliance with the New Jersey Tort Claims Act, Plaintiff, Erin Walsh, presented to Defendants a Notice of Claim for Damages in the time and manner prescribed by the New Jersey Tort Claims Act.

13.   This action was commenced within two (2) years of the date of accident.

**WHEREFORE**, the Plaintiff, Erin Walsh, demands judgment against the Defendants, Township of South Orange, Township of South Orange Police Department, City of Orange, City of Orange Police Department and John Does 1-10, jointly severally or in the alternative, for compensatory damages, interest, punitive damages, attorneys fees, costs of suit and such other relief as the Court may deem just and proper.

### SECOND COUNT

1.   Plaintiff repeats and re-alleges each and every allegation contained in the First Count of the Complaint as if same were more fully set forth herein at length.

2.    Defendants' conduct, while acting under the color of state law, involving the decision to pursue and the manner of pursuit amounts to an abuse of power that shocks the conscience and violates the Plaintiff, Erin Walsh's, constitutional rights under the United States Constitution, 42 U.S.C. 1983 and her Fourteenth Amendment substantive due process rights and is in violation of the Attorney General Guidelines.

3.    As a direct and proximate result of the aforementioned police pursuit on the part of the Defendants, Township of South Orange Police Department, City of Orange, City of Orange Police Department and John Does 1-10, Plaintiff has and continues to suffer severe and substantial psychological and emotional injuries which are permanent in nature and has and continues to incur medical expenses.

**WHEREFORE**, the Plaintiff, Erin Walsh, demands judgment against the Defendants, Township of South Orange, Township of South Orange Police Department, City of Orange, City of Orange Police Department and John Does 1-10, jointly severally or in the alternative, for compensatory damages, interest, punitive damages, attorneys fees, costs of suit and such other relief as the Court may deem just and proper.

### THIRD COUNT

1.    Plaintiff repeats and re-alleges each and every allegation contained in the First and Second Counts of the Complaint as if same were more fully set forth herein at length.

2.    At all times mentioned herein, it was the custom, policy, and the practice of the Defendants, Township of South Orange, Township of South Orange Police Department, City of Orange, City of Orange Police Department and John Does 1-10, to allow pursuits under the aforementioned circumstances, which resulted in a violation of Plaintiff's constitutional rights under the United States Constitution and 42 U.S.C. 1983 and 1986 *et. seq.*

3.    As a direct and proximate result of this custom, policy, and practice on the part of the Defendants, Township of South Orange Police Department, City of Orange, City of Orange Police Department and John Does 1-10, Plaintiff has and continues to suffer severe and substantial psychological and emotional injuries which are permanent in nature and has and continues to incur medical expenses.

**WHEREFORE**, the Plaintiff, Erin Walsh, demands judgment against the Defendants, Township of South Orange, Township of South Orange Police Department, City of Orange, City of Orange Police Department and John Does 1-10, jointly severally or in the alternative, for compensatory damages, interest, punitive damages, attorneys fees, costs of suit and such other relief as the Court may deem just and proper.

## FOURTH COUNT

1.    Plaintiff repeats and re-alleges each and every allegation contained in the First, Second and Third Counts of the Complaint as if same were more fully set forth herein at length.

2.    The Defendants, Township of South Orange, Township of South Orange Police Department, City of Orange, City of Orange Police Department and John Does 1-10, owed a duty to Plaintiff to adequately hire, train, and supervise its police officers to ensure that police officers properly engaged in police pursuits under the appropriate circumstances.

3.    The Defendants, Township of South Orange, Township of South Orange Police Department, City of Orange, City of Orange Police Department and John Does 1-10, failure to exercise reasonable care in the hiring, training and supervision of the Police Officers involved in this pursuit violated Plaintiff's constitutional rights under the United States Constitution and 42 U.S.C. 1983 and 1986 et. seq.

3.    As a direct and proximate result of the failure to exercise reasonable care in the hiring, training, and supervision of the Police Officers engaged in this pursuit on the part of the Defendants, Township of South Orange Police Department, City of Orange, City of Orange Police Department and John Does 1-10, Plaintiff has and continues to suffer severe and substantial psychological and emotional injuries which are permanent in nature and has and continues to incur medical expenses.

**WHEREFORE**, the Plaintiff, Erin Walsh, demands judgment against the Defendants, Township of South Orange, Township of South Orange Police Department, City of Orange, City of Orange Police Department and John Does 1-10, jointly severally or in the alternative, for compensatory damages, interest, punitive damages, attorneys fees, costs of suit and such other relief as the Court may deem just and proper.

## FIFTH COUNT

1.   Plaintiff repeats and re-alleges each and every allegation contained in the First, Second, Third and Fourth Counts of the Complaint as if same were more fully set forth herein at length.

2.   Defendants, John Does 1-10, said names being fictitious representing unknown identities of such other individuals, supervisors, managers, supervisor of personnel, agents, contractors, subcontractors, servants, brokers and employees of the Defendants, Township of South Orange, Township of South Orange Police Department, City of Orange, City of Orange Police Department, whose actions may have caused or contributed to the injuries sustained by the Plaintiff as a result of the aforementioned police pursuit.

3.   As such time as the identities of these fictitiously pleaded tortfeasors are ascertained, the Plaintiff shall seek to amend this Complaint so as to substitute the actual identities of these individuals or businesses. Plaintiff attributes each and every act alleged against the named Defendants hereto to those who are

fictitiously pleaded as if they were more specifically set forth in their entirety.

**WHEREFORE**, the Plaintiff, Erin Walsh, demands judgment against the Defendants, Township of South Orange, Township of South Orange Police Department, City of Orange, City of Orange Police Department and John Does 1-10, jointly severally or in the alternative, for compensatory damages, interest, punitive damages, attorneys fees, costs of suit and such other relief as the Court may deem just and proper.

### CERTIFICATION

It is hereby stated that the matter in controversy is not the subject of any other action pending in any other court or of a pending arbitration proceeding to the best of our knowledge or belief. Also to the best of our knowledge or belief, no other action or arbitration proceeding is contemplated. Further, other than the parties named herein, we know of no other parties that should be joined in the above action.

JAMES P. NOLAN AND ASSOCIATES

Dated: February 8, 2011

By:_____
    Eric L. Lange

### JURY DEMAND

PLEASE TAKE NOTICE that pursuant to Rule 38B of the Federal Rules of Civil Procedure, Plaintiff hereby demands a trial by jury on all issues raised in this Complaint.

### TRIAL COUNSEL DESIGNATION

Please be advised that Eric L. Lange, Esq. is hereby designated as trial counsel for the Plaintiff in the above entitled action.

JAMES P. NOLAN AND ASSOCIATES
Attorneys for Plaintiff

Dated: February 8, 2011

By:_____
     Eric L. Lange

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

| | |
|---|---|
| ERIN WALSH | ) |
| | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. |
| TWP. OF SOUTH ORANGE, ET AL | ) |
| | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Clerk, Township of South Orange
Village Hall
101 South Orange Avenue
South Orange, New Jersey 07079

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric L. Lange, Esq.
James P. Nolan and Associates, LLC
61 Green Street
Woodbridge, NJ 07095
TEL: (732) 636-3344  FAX: (732) 636-1175

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                                              *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | |
|---|---|
| ERIN WALSH | ) |
| | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. |
| TWP. OF SOUTH ORANGE, ET AL | ) |
| | ) |
| _Defendant_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Chief of Police
Township of South Orange
201 South Orange Avenue
South Orange, New Jersey 07079

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Eric L. Lange, Esq.
James P. Nolan and Associates, LLC
61 Green Street
Woodbridge, NJ 07095
TEL: (732) 636-3344  FAX: (732) 636-1175

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____     _____

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of New Jersey

| | |
|---|---|
| ERIN WALSH | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | ) |
| | ) |
| TWP. OF SOUTH ORANGE, ET AL | ) |
| | ) |
| *Defendant* | ) |

Civil Action No.

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Clerk
City of Orange
City Hall
29 N. Day Street
Orange, New Jersey 07050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:       Eric L. Lange, Esq.
James P. Nolan and Associates, LLC
61 Green Street
Woodbridge, NJ 07095
TEL: (732) 636-3344  FAX: (732) 636-1175

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                 _____
                                                                       *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of New Jersey

ERIN WALSH )
)
_Plaintiff_ )
)
v. ) Civil Action No.
)
TWP. OF SOUTH ORANGE, ET AL )
)
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chief of Police
City of Orange
29 Park Street
Orange, New Jersey 07050

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric L. Lange, Esq.
James P. Nolan and Associates, LLC
61 Green Street
Woodbridge, NJ 07095
TEL: (732) 636-3344  FAX: (732) 636-1175

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                          *Signature of Clerk or Deputy Clerk*