UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| Michelle Black | : | Civil Action No. 11-709 (CCC) |
| Plaintiff, | : | |
| v. | : | |
| The Township of South Orange, et al. | : | **ORDER OF CONSOLIDATION** |
| Defendants. | : | |
| Erin Walsh | : | Civil Action No. 11-712 (CCC) |
| Plaintiff, | : | |
| v. | : | |
| The Township of South Orange, et al. | : | |

IT IS on this 13th day of September, 2011

**ORDERED THAT**

1.  Walsh v. Township of South Orange (Docket #11-712) is hereby consolidated with Black v. Township of South Orange (Docket #11-709) for all purposes.

2.  All future pleadings in Walsh v. Township of South Orange shall be electronically filed in Black v. Township of South Orange (Docket # 11-709).

_____
JOSEPH A. DICKSON
UNITED STATES MAGISTRATE JUDGE

cc: Hon. Claire C. Cecchi, USDJ